IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALICE CASTILLO,<br><br>                Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-572<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Brooke Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF. No. 13). On January 30, 2018, Judge Wells issued a Report and Recommendation, recommending that the court affirm the decision of the Commissioner.[1] (*See* ECF No. 22.) Ms. Castillo did not file an objection.

The court has reviewed the Report and Recommendation de novo and APPROVES AND ADOPTS it in its entirety. The Commissioner's decision is AFFIRMED.

SO ORDERED this 9th day of March, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] The Magistrate Court recommended that the "ALJ's decision be AFFIRMED." (ECF No. 22 at 7.) To be precise, as the Magistrate Court correctly noted, "the ALJ's decision is considered the Commissioner's final decision" because "the Appeals Council denied the claimant's requested review." (ECF No. 22 at 7.)